FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

NOV 05 2025

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 3:25-00232 DT DEPUTY CLERK |
| | ) | |
| v. | ) | |
| | ) | 18 U.S.C. § 922(a)(6) |
| LUCIO A. MARTINEZ | ) | 18 U.S.C. § 924(a)(2) |

# INDICTMENT

THE GRAND JURY CHARGES:

On or about August 9, 2025, in the Middle District of Tennessee, the defendant, **LUCIO A. MARTINEZ**, in connection with the attempted acquisition of a firearm, to wit: a Kimber Yonkers, NY Micro 380, .380 caliber pistol, from Gallatin Pawn & Gun Inc., a licensed dealer of firearms within the meaning of Chapter 44 of Title 18, United States Code, knowingly made a false and fictitious written statement to Gallatin Pawn & Gun Inc., which statement was intended and likely to deceive Gallatin Pawn & Gun Inc., as to a fact material to the lawfulness of the sale such firearm to the defendant under Chapter 44 of Title 18, United States Code, in that **LUCIO A. MARTINEZ** represented that he was a citizen or national of the United States of America, when in fact, **LUCIO A. MARTINEZ** is not a citizen or national of the United States of America.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

A TRUE BILL

[redacted]

FOREPERSON

ROBERT E. McGUIRE
ACTING UNITED STATES ATTORNEY

HERBERT L. BUNTON III
ASSISTANT UNITED STATES ATTORNEY